**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Julio Cesar GUZMAN–CACERES, also
known as Julio C. Gusman,
Defendant–Appellant.**

No. 10–40224
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Julio Cesar Guzman–Caceres, Cumberland, MD, pro se.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Julio Cesar Guzman–Caceres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guzman–Caceres has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.